

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-06871-JLS-RAO | Date: August 04, 2025 |
| Title:  Boris Sandoval v. Costco Wholesale Corporation | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT, CASE NO. 25CHCV02420**

On July 28, 2025, Defendant Costco Wholesale Corporation removed this action to federal court.  (Doc. 1.)  Defendant invokes this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.  (*Id.* ¶ 7.)

"Federal courts are courts of limited jurisdiction."  *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994).  "[T]he district court ha[s] a duty to establish subject matter jurisdiction … *sua sponte*, whether the parties raise[ ] the issue or not."  *United Inv'rs Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 967 (9th Cir. 2004).  As the party invoking federal jurisdiction, the removing party bears the burden of establishing it.  *Abrego Abrego v. The Dow Chemical Co.*, 443 F.3d 676, 685 (9th Cir. 2006).  A defendant seeking to remove a civil case from state court must file a notice of removal in the U.S. district court for the district and division where the case is pending.  28 U.S.C. § 1446(a).  This notice must include "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders" that have been served upon the defendant in the action.  *Id.*

Here, Defendant filed a Notice of Removal with no accompanying state court pleadings, including the underlying complaint.  As the party seeking removal, Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-06871-JLS-RAO                                              Date: August 04, 2025
Title:  Boris Sandoval v. Costco Wholesale Corporation

bears the burden of establishing subject matter jurisdiction. *Abrego Abrego*, 443 F.3d at 685.  A bare Notice of Removal unaccompanied by the documents required under 28 U.S.C. § 1446(a) does not meet that burden.

     Accordingly, the Court REMANDS this action to the Los Angeles County Superior Court.

     Initials of Deputy Clerk: kd